PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis Alfredo Pratts            **Docket Number:** 09-00513-001
                                                                            **PACTS Number:** 43203

**Name of Sentencing Judicial Officer:** Honorable Michael M. Baylson, U.S.D.J., Eastern District of Pennsylvania

**Date of Original Sentence:** 01/24/2006

**Date of Transfer of Jurisdiction:** 06/06/2009

**Name of Assigned Judicial Officer:** Honorable Dickinson R. Debevoise, Sr. U.S.D.J.

**Original Offense:** Count One: Conspiracy to Distribute Heroin, 21 U.S.C. §§ 846 (a)(1) and (b)(1)(B)
                  Count Two through Six: Distribution of Heroin and Aiding and Abetting, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B) and 18 U.S.C. § (2)

**Original Sentence:** 100 months imprisonment; 8 years supervised release; $600 special assessment, $2,000 fine

**Amended Sentence:** 57 months 8 days imprisonment; 8 years supervised release; $600 special assessment, $2,000 fine, 60 days home confinement

**Type of Supervision:** Supervised Release           **Date Supervision Commenced:** 02/13/09

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Federal Public Defender's Office (To be Assigned), 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

PROB 12C - Page 2
Luis Alfredo Pratts

1     The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On February 21, 2012, Pratts was arrested in Bronx, New York, by the New York City Police Department while in possession of 300 grams of heroin. The offender has been charged with a Class A Felony in the Criminal Court of the City of New York, County of Queens.

The Probation Office has determined this conduct constitutes a **Grade A violation.**

2     The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

Pratts failed to notify his probation officer within 72 hours that he was arrested for the aforementioned offense.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

3     The offender has violated the supervision condition which states '**The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**'

The offender was arrested while in possession of 300 grams of heroin.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

4     The offender has violated the supervision condition which states '**The defendant shall not leave the judicial district without the permission of the court or probation officer.**'

The offender was arrested in Bronx, New York, on February 21, 2012. Probation did not give Pratts permission to travel outside of the District on New Jersey on that date.

The Probation Office has determined this conduct constitutes a **Grade C violation.**

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin P. Egli
U.S. Probation Officer
Date: 2/28/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: APRIL 2, 2012  2:00 PM
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

March 1, 2012
_____
Date